**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL (SBN 127081)
207 Anthes Avenue, Suite 201
Langley, Washington 98260
*lawoffice@rlteel.com*
Telephone: (866) 833-5529
Facsimile: (855) 609-6911

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO and FRANK TISCARENO, on behalf of themselves, and all others similarly situated,<br><br>Plaintiff,<br>v.<br>SECURUS TECHNOLOGIES, INC,<br><br>Defendant. | Case No.: 16-cv-1283-JM-MDD<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is Robert L. Teel, 207 Anthes Avenue, Suite 201, Langley, Washington 98260. On July 26, 2016, I served the following documents:

**FIRST AMENDED COMPLAINT FOR: (1) INVASION OF PRIVACY; (2) CAL. PENAL CODE § 636; (3) UNFAIR COMPETITION, CAL. BUS. & PROF. CODE §§ 17200, *et seq.*; (4) CONCEALMENT; (5) FRAUD; (6) NEGLIGENCE; (7) UNJUST ENRICHMENT; (8) AND CONVERSION,**

by Notice of Electronic Filing, which is a notice automatically generated by the CM/ECF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED: July 26, 2016                    Respectfully submitted,

/s/ *Robert Teel*
Robert Teel
**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL (SBN 127081)
207 Anthes Avenue, Suite 201
Langley, Washington 98260
lawoffice@rlteel.com
Telephone: (866) 833-5529
Facsimile: (855) 609-6911

*Attorney for Plaintiff and the Proposed Class*