1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| JUAN ROMERO, FRANK TISCARENO, and KENNETH ELLIOTT, on behalf of themselves and all others similarly situated, | Case No.: 16cv1283 JM (MDD) |
| | **ORDER CONTINUING HEARING DATES** |
| Plaintiffs, | |
| v. | |
| SECURUS TECHNOLOGIES, INC., | |
| Defendant. | |

11
12
13
14
15
16
17
18

19    Two motions are currently pending in this action: Defendant Securus Technologies,

20  Inc.'s ("Defendant") motion to amend/correct the court's order denying class certification,

21  (Doc. No. 99); and, Plaintiffs Juan Romero, Frank Tiscareno, and Kenneth Elliott's

22  (collectively, "Plaintiffs") motion for partial summary judgment, (Doc. No. 101).

23  ///

24  ///

25
26
27
28

1    The court hereby continues the hearing dates for both motions to ***July 2, 2018, at***

2    ***10:00 a.m.***, but leaves the briefing schedules for each motion unaltered. Accordingly, with

3    respect to Defendant's motion to amend/correct, Plaintiff's opposition is due June 4, 2018,

4    and Defendant's reply is due June 11, 2018. With respect to Plaintiffs' motion for partial

5    summary judgment, Defendant's opposition is due June 11, 2018, and Plaintiffs' reply is

6    due June 18, 2018.

7        IT IS SO ORDERED.

8    DATED: May 22, 2018

9                                                    JEFFREY T. MILLER
                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16cv1283 JM (MDD)