UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO, FRANK TISCARENO, and KENNETH ELLIOTT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURUS TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 16cv1283 JM (MDD)<br><br>**ORDER STRIKING DOCUMENT AS UNTIMELY FILED** |

On June 13, 2018, Plaintiffs Juan Romeo, Frank Tiscareno, and Kenneth Elliott (collectively, "Plaintiffs") submitted their opposition to Defendant's motion to amend/correct. (Doc. No. 104.) Plaintiffs' opposition was due no later than June 4, 2018. (Doc. No. 102.) Consequently, the court strikes Plaintiff's opposition brief, (Doc. No. 104), as untimely filed.

IT IS SO ORDERED.

DATED: June 14, 2018

JEFFREY T. MILLER
United States District Judge