| | |
|---|---|
| NICHOLAS J. FOX (SBN 279577)<br>*nfox@foley.com*<br>**FOLEY & LARDNER LLP**<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 847-6700<br>Facsimile: (858) 792-6773 | EILEEN R. RIDLEY (SBN 151735)<br>*eridley@foley.com*<br>**FOLEY & LARDNER LLP**<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520<br>Telephone: (415) 434-4484<br>Facsimile: (415) 434-4507 |
| ROBERT L. TEEL (SBN 127081)<br>*lawoffice@rlteel.com*<br>**LAW OFFICE OF ROBERT L. TEEL**<br>1425 Broadway, Mail Code: 20-6690<br>Seattle, Washington 98122<br>Telephone: (866) 833-5529<br>Facsimile: (855) 609-6911 | RONALD A. MARRON (SBN 175650)<br>*ron@consumersadvocates.com*<br>**LAW OFFICES OF<br>RONALD A. MARRON, APLC**<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone: (619) 696-9006<br>Facsimile: (619) 564-6665 |

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO, FRANK TISCARENO, and KENNETH ELLIOTT on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>SECURUS TECHNOLOGIES, INC.,<br><br>Defendant(s). | Case No.: 16-CV-1283-JM-MDD<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 28, 2020<br>Time: 10:00 AM<br>Courtroom: 5D<br>Judge: Hon. Jeffrey T. Miller |


**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 28, 2020 at 10:00 AM or as soon thereafter as this matter may be heard before the Honorable Jeffrey T. Miller, in Courtroom 5D of the Edward J. Schwartz United States Courthouse, located in Suite 5190, 221 West Broadway, San Diego, California 92101, Plaintiffs Kenneth Elliott, Juan Romero, and Frank Tiscareno ("Plaintiffs") will, and hereby do, move this Court for final approval of the proposed Settlement Agreement reached between Plaintiffs and Defendant Securus Technologies, Inc.

This motion is based on upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities, Declaration of Robert Teel, and proposed Order filed herewith; (3) the First Amended and Restated Settlement Agreement; (4) the pleadings and papers on file in this action; and (5) such other written or oral argument as may be presented to the Court.

Respectfully submitted, July 31, 2020

By:   /s/ *Ronald A. Marron*
       Ronald A. Marron

THE LAW OFFICE OF RONALD A. MARRON
Ronald A. Marron

LAW OFFICE OF ROBERT L. TEEL
Robert L. Teel

FOLEY & LARDNER LLP
Eileen R. Ridley
Nicholas J. Fox

*Attorneys for Plaintiffs Juan Romero,*
*Frank Tiscareno, and Kenneth Elliot*

1
NOTICE AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
*CASE No. 16-CV-1283-JM-MDD*