

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Romero, Frank Tiscareno, and Kenneth Elliott on behalf of themselves, and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Securus Technologies, Inc.<br><br>**Defendant.** | Civil Action No.  16-cv-01283-JM-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' Motion for Approval of Class Action Settlement is Granted. Plaintiffs' motion for $840,000 in attorneys' fees and costs is Granted. Each of the three Plaintiffs is awarded $10,000 for a total of $30,000. Plaintiffs are awarded an additional $30,000 in attorneys' fees for a total award of $870,000 in attorneys' fees and costs.

Date:     11/19/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Tweedle

S. Tweedle, Deputy